# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANWAR HUNT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OMAHA GANG UNIT, and JOHN DOE OFFICER,<br><br>    Defendants. | 8:18CV110<br><br>**MEMORANDUM AND ORDER** |

On March 8, 2018, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 17th day of April, 2018.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge